**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00441-FDW-DCK**

| | |
|---|---|
| DALY-MORGAN D. MAKABIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GS4 WACKENHUT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* on consolidation of this suit with a companion case involving the same parties and claims. Defendant GSF Wackenhut is directed to file only one set of responsive pleadings to the above-captioned matter, No. 3:10-cv-441.

IT IS SO ORDERED.

Signed: November 9, 2010

Frank D. Whitney
United States District Judge