# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darly-Morgan D. Makabin ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:10cv441

GS4 Wackenhut,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2011 Order.

Signed: March 14, 2011

Frank G. Johns, Clerk
United States District Court